

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00812-CV

**IN THE ESTATE OF CONSUELA PERKINS ULBRICH**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-0686
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

Appellant's Motion for Temporary Order Staying Enforcement of the Summary Judgment is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court